MARGARET M. REUTLINGER, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued May 24, 1939; decided June 19, 1939.

*Samuel Seligsohn, J. Kenneth McCabe* and *George H. Feirberg* for appellant.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.*, and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS and FINCH, JJ. Dissenting: LOUGHRAN and RIPPEY, JJ. Taking no part: O'BRIEN, J.